IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-809-RJC-DCK

| | |
|---|---|
| LINDA L. HAMMOND, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| BANK OF AMERICA NA, et al., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) filed by Local Counsel Caren D. Enloe on May 31, 2024.

Applicant Megan Kirk Garrett seeks to appear as counsel *pro hac vice* for Defendant Experian Solutions, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 28) is **GRANTED**. Megan Kirk Garrett is hereby admitted *pro hac vice* to represent Defendant Experian Solutions, Inc.

**SO ORDERED**

Signed: May 31, 2024

David C. Keesler
United States Magistrate Judge