UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:23-CV-00809-RJC-DCK

| | |
|---|---|
| LINDA L. HAMMOND,<br><br>         Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANSUNION, LLC.<br><br>         Defendants. | DESIGNATION OF MEDIATOR |

  Pursuant to the Pretrial Order and Case Management Plan entered March 26, 2024, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

M. Ann Anderson
Attorney at Law, DRC Superior Court Certified Mediator
214 E. Marion Street
Post Office Box 93
Pilot Mountain, NC 27041
Tel: (336) 368-9621/336-486-5711

  Respectfully submitted this 13th day of August, 2024

| | |
|---|---|
| /s/ Shane M. Perry<br>M. Shane Perry<br>Collum & Perry, PLLC<br>109 W. Statesville Ave.<br>Mooresville, NC 28115<br>Email: shane@collumperry.com<br>*Attorneys for Plaintiff* | /s/ T. Richmond McPherson, III<br>T. Richmond McPherson, III<br>(NC Bar No. 41439)<br>Fifth Third Center<br>201 North Tryon Street<br>Suite 3000<br>Charlotte, NC 28202<br>Tel: (704) 704-373-8858<br>Fax: (704) 704- 353.6199<br>rmcpherson@mcguirewoods.com<br>*Attorney for Defendant Bank of America, N.A.* |